

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00548-CV

**HOLLINGSWORTH-PACK CORPORATION** and Christopher A. Hewitt, P.E.,
Appellants

v.

Elroy **RODRIGUEZ**, as Trustee of Peter R. Villarreal Irrevocable Life Insurance Trust,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI10686
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 17, 2023

DISMISSED

Appellants filed an unopposed motion to dismiss this appeal because the parties have reached a settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM